CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 18 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| CHARLES EDWARD MORRIS, ) | |
| Plaintiff, ) | Civil Action No. 7:08cv00221 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| DANNY W. RATLIFF, <u>et al.</u>, ) | By: Hon. Glen E. Conrad |
| Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** pursuant to 28 U.S.C. § 1915A. Any pending motions are hereby **DENIED as MOOT,** and this case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and accompanying memorandum opinion to plaintiff.

ENTER: This 18th day of March, 2008.

_____
United States District Judge